UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 2:22-cr-00271** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **DEWAYNE EUGENE MILLER** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 33] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 26] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the one-count Indictment.

Sentencing is set for September 13, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 23rd day of June, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE